DECLARATION OF KHOSROW BAKHSHI

I, Khosrow Bakhshi, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my personal knowledge and belief:

1.  My name is Khosrow Bakhshi, and my A-number is A221-394-565.

2.  I am a native and citizen of Afghanistan. I was born on July 23, 1991.

3.  I am currently detained at the Folkston ICE Processing Center in Folkston, Georgia.

4.  I sought protection in the United States because I fear persecution and torture if I am returned to Afghanistan.

5.  On March 5, 2026, the Immigration Judge denied my asylum application under the Circumvention of Lawful Pathways rule, granted me withholding of removal to Afghanistan, and granted relief under the Convention Against Torture in the alternative.

6.  I appealed the denial of asylum to the Board of Immigration Appeals, and the Board acknowledged receipt of my appeal in March 2026.

7.  To my knowledge, the United States Government cannot currently remove me to Afghanistan because of the Immigration Judge's order withholding my removal there.

8.  I do not know of any other country that has agreed to accept me for removal.

9.  To the best of my knowledge, I have cooperated with immigration officers and have not refused to provide requested information or documents within my ability to provide.

10. To the best of my knowledge, I do not have any criminal history.

11. If I am released, I believe I will have family support in the United States, including a cousin in Kissimmee, Florida, who may be able to provide housing and support while my case continues.

12. I understand that, if I am released, I must comply with any reporting requirements, supervision conditions, or other instructions ordered by the Court or imposed by immigration authorities, and I am willing to do so.

13. I have been suffering from an infection and an open wound on my buttocks.

14. The condition is painful and has continued while I have been detained.

15. I believe that I need evaluation and treatment by a specialist for this condition.

16. As of the date of this declaration, I do not believe that I have been provided the specialist care that I need for this infection and wound.

17. I am concerned that my condition may get worse if I remain detained without proper medical treatment.

18. In addition to my medical condition, I have experienced difficult detention conditions at Folkston. In my experience, medical care is poor, hygiene is poor, and food is poor. Time outside in the recreation yard is very limited. Access to the law library is very limited, and the library resources are poor. The air-conditioning and plumbing systems are poor. Toilets and showers are limited. Commissary access is very limited.

19. I make this declaration in support of my petition for writ of habeas corpus and my request for release from detention.

Executed on May 21, 2026, at Folkston, Georgia.

Khosrow Bakhshi