DEPARTMENT OF HOMELAND SECURITY
**NOTICE OF CUSTODY DETERMINATION**

Alien's Name: BAKHSHI KHOSROW

A-File Number: 221394565

Date: 05/16/2026

Event ID: _____

Subject ID: _____

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

    ☐ Under bond in the amount of $ _____

    ☐ On your own recognizance.

    ☐ Under other conditions. [Additional document(s) will be provided.]

| | |
|---|---|
| E. Pensack | 5/16/2026    11:49 AM |
| Name and Signature of Authorized Officer | Date and Time of Custody Determination |
| (A) SDDO | FOLKSTON, GA |
| Title | Office Location/Address |

You may request a review of this custody determination by an immigration judge.

☐ I acknowledge receipt of this notification, and

    ☐ I **do** request an immigration judge review of this custody determination.

    ☐ I **do not** request an immigration judge review of this custody determination.

| | |
|---|---|
| Signature of Alien | Date |

The contents of this notice were read to BAKHSHI KHOSROW in the _____ language.
    (Name of Alien)          (Name of Language)

| | NONE |
|---|---|
| Name and Signature of Officer | Name or Number of Interpreter (if applicable) |
| DEPORTATION OFFICER | |
| Title | |